STATE OF NEW JERSEY v. JAMES J. KOEDATICH.

Decided February 3, 1983.

Certification to the Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. JAMES J. KOEDATICH.

Decided February 15, 1983.

Leave to appeal is granted, the February 9, 1983, order of the Superior Court, Law Division, is summarily reversed, and the matter is remanded to the trial court to permit the bail reduction hearing to proceed; and it is further ORDERED that the motion for clarification is dismissed as moot. Jurisdiction of the pending appeal is otherwise retained.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES E. WILLIAMS, DEFENDANT-APPELLANT.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES J. KOEDATICH, DEFENDANT-APPELLANT.

Argued February 23, 1983—Decided April 26, 1983.